## CERTIFICATE OF SERVICE

I, __Taruna Garg__ certify that I am, and at all times during the service
(name)
of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __1/12/07__ by (check all that apply):
(date) Certified Mail, Return Receipt Requested; and

__X__ Mail service: Regular, first class United States mail, postage fully pre-paid addressed to: (see attached list) Attn: President
Kingston Technology Corp.
17600 New Hope Street
Fountain Valley, CA 92708

____ Mail service: Certified United States mail to an Insured Depository Institution, postage fully pre-paid as required in Bankruptcy Rule 7004, addressed to: (see attached list)

____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

____ Residence Service: By leaving the process with the following adult at:

____ Publication: The defendant was served as follows: (Describe briefly)

____ State Law: The defendant was served pursuant to the laws of the State of _____
as follows: (Describe briefly)                                   (name of state)

---

**UNDER PENALTY OF PERJURY, I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on: __1/12/07__     _[signature: Taruna Garg]_
             Date                   Signature

Print Name: __Taruna Garg__
                Murtha Cullina LLP
Business Address: __99 High Street__

City: __Boston__

State: __MA__     Zip: __02110__