UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 7 |
| AMHERST TECHNOLOGIES, LLC, et al. | ) ) ) | Case No. 05-12831-JMD |
| Debtors | ) ) ) |  |
| OLGA L. BOGDANOV, CHAPTER 7 TRUSTEE OF AMHERST TECHNOLOGIES, LLC et al. | ) ) ) ) ) | Adversary Proceeding No. 07-1014 |
| Plaintiff | ) ) |  |
| v. | ) ) |  |
| KINGSTON TECHNOLOGY CORP. | ) ) ) ) |  |
| Defendant | ) ) |  |

## **JUDGMENT**

Upon consideration of the Chapter 7 Trustee's Motion for Default Judgment (the "Motion"), after due deliberation and good cause appearing therefore, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED, ADJUDGED, and DECLARED, that the Defendant, Kingston Technology Corp., shall turn over to the Chapter 7 Trustee $206,211.50 plus interest.

ENTERED in Manchester, New Hampshire, __May 11_____, 2007.

/s/  J. Michael Deasy
_____
The Honorable J. Michael Deasy
United States Bankruptcy Judge

354372-1