UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re ) | |
| ) | Chapter 7 |
| AMHERST TECHNOLOGIES, LLC, et al. ) | Case No. 05-12831-JMD |
| ) | |
| Debtors ) | |
| ) | |
| OLGA L. BOGDANOV, CHAPTER 7 ) | Adversary Proceeding |
| TRUSTEE OF AMHERST ) | No. 07-1014 |
| TECHNOLOGIES, LLC et al. ) | |
| Plaintiff ) | |
| v. ) | |
| KINGSTON TECHNOLOGY CORP. ) | |
| Defendant ) | |

## **JUDGMENT**

Upon consideration of the Chapter 7 Trustee's Motion for Default Judgment (the "Motion"), after due deliberation and good cause appearing therefore, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED, ADJUDGED, and DECLARED, that the Defendant, Kingston Technology Corp., shall turn over to the Chapter 7 Trustee $206,211.50 plus interest.

ENTERED in Manchester, New Hampshire, __May 11_____, 2007.

/s/ J. Michael Deasy
_____
The Honorable J. Michael Deasy
United States Bankruptcy Judge

354372-1

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0102-1          User: jtp              Page 1 of 1            Date Rcvd: May 11, 2007
Case: 07-01014                Form ID: pdf731        Total Served: 1
```

The following entities were served by first class mail on May 13, 2007.
dft        +Kingston Technology Corp.,   17600 New Hope Street,   Fountain Valley, CA 92708-4298

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2007                        Signature:    _Joseph Speetjens_